UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF ILLINOIS *ex rel.* VADIM SHMUSHKOVICH and BENJAMIN RINE, and VADIM SHMUSHKOVICH and BENJAMIN RINE, Individually,<br><br>            Plaintiffs,<br><br>       v.<br><br>HOME BOUND HEALTH CARE, INC., an Illinois corporation, *et al.*,<br><br>            Defendants. | No. 12 C 2924<br><br>Judge Durkin |

## **JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff United States of America and Defendant Home Bound Healthcare, Inc., move jointly for entry of the consent judgments attached hereto as Exhibits A and B. The consent judgments are being entered pursuant to a settlement agreement, which has been approved and signed by the parties.

Dated: September 13, 2016          Respectfully submitted,

                                              ZACHARY T. FARDON
                                              United States Attorney

                                              By: s/ David R. Lidow
                                                  DAVID R. LIDOW
                                                  Assistant United States Attorney
                                                  219 South Dearborn Street
                                                  Chicago, Illinois 60604
                                                  (312) 886-1390
                                                  david.lidow@usdoj.gov

Dated: _____ By: _____
ROMY MACASAET, on behalf of himself,
individually, and on behalf of HOME
BOUND HEALTHCARE, INC.

Dated: _____ By: _____
Shelly B. Kulwin
KULWIN, MASCIOPINTO &
KULWIN, L.L.P.
161 North Clark Street, Suite 2500
Chicago, Illinois 60601
*Counsel for Romy Macasaet*

Dated: _____ By: _____
Barry A. Spevack
Monico & Spevack
20 South Clark Street, Suite 700
Chicago, Illinois 60603
*Counsel for Home Bound*